**Order entered February 4, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00480-CV

### IN THE INTEREST OF B.Q.T., A CHILD

**On Appeal from the 255th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-12-07404-S**

## ORDER

We **GRANT** appellant's February 2, 2015 motion for an extension of time to file a reply

brief. Appellant shall file a reply brief by **FEBRUARY 12, 2015**.


/s/     ELIZABETH LANG-MIERS
         JUSTICE